PEOPLE V NOURI, No. 138500; Court of Appeals No. 290555.